946 A.2d 103

**Robert EDWARDS, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE,
Attorney General of Pennsylvania, Appellee.**

Supreme Court of Pennsylvania.

April 30, 2008.

## ORDER

PER CURIAM.

AND NOW, this 30th day of April, 2008, the Order of the Commonwealth Court is hereby AFFIRMED.